[No. 16759-3-III.   Division Three.   January 26, 1999.]

BRUCE HUNTOON, *Appellant*, v. MANSON SCHOOL DISTRICT No. 19, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-2-01117-5, John E. Bridges, J., entered June 20, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 16858-1-III.   Division Three.   January 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KERRIE C. WILKS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-00747-5, F. James Gavin, J., entered August 20, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 16875-1-III.   Division Three.   January 26, 1999.]

KENNETH C. VANDERBURGH, *Appellant*, v. LARRY LEACH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-03531-7, Neal Q. Rielly, J., entered August 13, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16835-2-III.   Division Three.   January 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SELENA SHANE OLIVEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-1-00567-6, Evan E. Sperline, J., entered September 2, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.